**FILED**

Feb 10 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DESHAY BELL,<br><br>Defendant. | Case No.: CR 4:21-00188-HSG<br><br>**ORDER FOR RELEASE FROM CUSTODY** |

    The U.S. Marshal Service and the Santa Rita Jail are ordered to release Mr. Bell (PFN: UMD719) no later than 9:00 a.m. on Friday, February 11, 2022.  Mr. Bell will be picked up from Santa Rita jail by his mother and must travel with her directly to Center Point in San Rafael, California, arriving no later than 1p.m.  He must remain at Center Point and follow the rules of that program for at least 90 days or as directed by Pretrial Services. He is to contact US Pretrial Officer Kalisi Kupu immediately upon release or as soon as practical.

    All other terms and conditions of pretrial release previously ordered remain in full force and effect.

    IT IS SO ORDERED.

February 10, 2022
    Dated

HONORABLE KANDIS WESTMORE
United States Magistrate Judge

RELEASE ORDER
*BELL,* CR 4:21-00188-HSG