JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant BELL

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DESHAY BELL,<br><br>Defendant. | Case No. 4:21-cr-00188-HSG<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |
|---|---|

     Defendant Daniel Bell is set to appear before this Court for sentencing on January 25, 2023. During the presentence investigation process, it became clear that Mr. Bell suffers from lifelong developmental disabilities, but the prior records were lost or unavailable. Defense counsel hired an expert to perform an evaluation and write a report, but due to quarantines and jail staffing issues, completing the evaluation has proved to be a logistical challenge. Mr. Bell will be evaluated on January 20 and 23, 2023. Accordingly, defense counsel requests additional time for the expert to complete her report, in order to provide the Court with additional information relevant to the appropriate sentence and conditions of supervised release.

     Accordingly, Mr. Bell requests that the sentencing currently set for January 25, 2023, be

continued to February 22, 2023, at 10 a.m. The government has no objection to his request.

IT IS SO STIPULATED.

DATED:                                              SIGNED:

January 17, 2023
Date
                                                    /s/
                                                    AMANI FLOYD
                                                    Assistant United States Attorney

January 17, 2023
Date
                                                    /s/
                                                    GABRIELA BISCHOF
                                                    Attorney for Defendant Bell

GOOD CAUSE APPEARING, IT IS SO ORDERED.

1/18/2023
Date
                                                    HON. HAYWOOD S. GILLIAM, JR.
                                                    United States District Judge